IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) Case No. 09-50779 |
| | ) |
| Dennis E. Hecker, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Robert J. Kressel |
| | ) |
| Randall L. Seaver, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 09-5042 |
| | ) |
| Jacob Holdings of Ventanas LLC, Jacob Properties of Minnesota LLC, Wells Fargo Bank, Cornerstone Bank, and Chrysler Financial Services Americas, LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION**

Plaintiff Randall L. Seaver, Trustee (the "Trustee") and Defendant Chrysler Financial Services Americas LLC ("Chrysler Financial"), by and through their respective undersigned attorneys, stipulate and agree that the time within which Chrysler Financial may timely answer or otherwise plead in response to the Trustee's amended complaint in this adversary proceeding shall be extended through November 13, 2009.

Dated: October 15, 2009        LEONARD, O'BRIEN, SPENCER, GALE
      & SAYRE, LTD.


By   /s/ Matthew R. Burton
   Matthew R. Burton

Attorneys for Plaintiff


Dated: October 15, 2009        GRAY, PLANT, MOOTY, MOOTY &
   BENNETT, P.A.


By   /s/ Stephen F. Grinnell
   Stephen F. Grinnell

Attorneys for Defendant Chrysler Financial
Services Americas LLC


GP:2658974 v1

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) Case No. 09-50779 |
| | ) |
| Dennis E. Hecker, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Robert J. Kressel |
| | ) |
| | ) |
| Randall L. Seaver, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 09-5042 |
| | ) |
| Jacob Holdings of Ventanas LLC, Jacob Properties of Minnesota LLC, Wells Fargo Bank, Cornerstone Bank, and Chrysler Financial Services Americas, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Stipulation between Plaintiff Randall L. Seaver, Trustee and Defendant Chrysler Financial Services Americas LLC, the time within which Chrysler Financial may timely answer or otherwise plead in response to the Trustee's amended complaint in this adversary proceeding is extended through November 13, 2009.

BY THE COURT:

Dated: October ___, 2009

_____
Robert J. Kressel
U.S. Bankruptcy Court Judge

GP:2658978 v1