# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) |
| | ) |
| Dennis E. Hecker, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Randall L. Seaver, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 09-5042 |
| | ) |
| Jacob Holdings of Ventanas LLC, Jacob | ) |
| Properties of Minnesota LLC, Wells Fargo | ) |
| Bank, Cornerstone Bank, and Chrysler | ) |
| Financial Services Americas, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER
_____

Pursuant to thestipulation between the plaintiff anddefendant Chrysler Financial Services Americas LLC, the time within which Chrysler Financial may timely answer or otherwise plead in response to the complaint is extended through January 18, 2010.

Dated: December 16, 2009

/e/ Robert J. Kressel
_____
Robert J. Kressel
United States Bankruptcy Judge

GP:2658978 v3

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/16/2009*
Lori Vosejpka, Clerk, By SLS, Deputy Clerk